

**Office of the Clerk**

**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
**William J. Nealon Federal Bldg. & U.S. Courthouse**
**235 North Washington Avenue**
**P.O. Box 1148**
**Scranton, PA 18501-1148**

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

**Peter J. Welsh**
**Clerk of Court**

**Divisional Offices:**

**Harrisburg:**
(717) 221-3920

**Williamsport:**
(570) 323-6380

*(Electronically filed)*

June 30, 2022

The Honorable Karoline Mehalchick
Chief Magistrate Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18501

Re:   <u>Slachta v. Aventura at Creekside,</u> Civil No. 3:21-CV-834

Dear Judge Mehalchick:

The matter is <u>settled</u>.  Thank you for appointing me to serve as mediator in this case.

Sincerely,

s/ *Joseph A. Barrett*
Joseph A. Barrett